Appeal No. 76-407.   JOHN T. HULL *v.* RUTH E. HULL. This is before us on a wife's motion that we "reinstate" an order entered on July 9, 1976, in the Family Court, directing the husband to pay $75 a week for the support of five minor children. Previous to that time the husband had been ordered to pay the wife $50 a week for child support. The wife states that on January 28, 1977, the trial justice stayed[1] his original order and since that date the husband has been paying $50 a week.

We will treat the motion to reinstate as a motion to stay the January 28, 1977 stay issued by the trial justice. Since we have this day issued an opinion in the above-entitled case sustaining the husband's appeal from the July 9, 1976 order, there is no necessity that we consider the wife's motion.

---

[1]The stay was issued after the papers in this case had been docketed in this court.

Accordingly, the motion is denied pro forma. *Joseph A. Capineri*, for plaintiff. *John D. Lynch*, for defendant.